MOLLIE M. BURKS (SBN: 222112)
mburks@grsm.com
NIMA NAYEBI (SBN: 283021)
nnayebi@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
PARAMOUNT THEATRE OF THE ARTS, INC.

RICHARD MAC BRIDE, SB #199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
Richmond, CA 94804
Phone 415-730-6289
Fax 510-439-2786

Attorney for Plaintiff
EMMANUEL TRIL

BARBARA J. PARKER, City Attorney, SBN 069722
KEVIN P. MCLAUGHLIN, Supervising Deputy City Attorney, SBN 251477
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
Telephone: (510) 238-2961; Fax (510) 238-6500
Email: kmclaughlin@oaklandcityattorney.org
34994/3213088

Attorneys for Defendant
CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL TRIL,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF OAKLAND;  PARAMOUNT THEATRE OF THE ARTS, INC., et al.,<br><br>　　　　　Defendants. | CASE NO. 22-cv-01087-SK<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

//

-1-

STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE　　　Case No. 22-cv-01087-SK

1   Plaintiff EMMANUEL TRIL and Defendants CITY OF OAKLAND and
2 PARAMOUNT THEATRE OF THE ARTS, INC. (the "Parties"), are pleased to report that
3 they have reached a resolution in the above-captioned action.
4   Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (B), and by
5 and through their respective counsel of record, the Parties stipulate that this action is hereby
6 dismissed in its entirety *with prejudice*.
7   **IT IS SO STIPULATED.**[1]

Dated:  May 26, 2023    LAW OFFICES OF RICHARD A. MAC BRIDE

By: */s/ Richard A. Mac Bride*_____
Richard A. MacBride
Attorney for Plaintiff
EMMANUEL TRIL

Dated: May 26, 2023    GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Nima Nayebi*_____
Nima Nayebi
Attorneys for Defendant
PARAMOUNT THEATRE
OF THE ARTS, INC.

Dated:  May 26, 2023    BARBARA J. PARKER, City Attorney

By: */s/ Kevin P. McLaughlin*_____
Kevin P. McLaughlin, Supervising Deputy
City Attorney
Attorneys for Defendant
CITY OF OAKLAND

---

[1]   Pursuant to Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories herein.

-2-

STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE    Case No. 22-cv-01087-SK

**Gordon Rees Scully Mansukhani, LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111